

# Fourth Court of Appeals
## San Antonio, Texas

June 3, 2016

No. 04-16-00071-CR

Christian **BAUTISTA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR2575
The Honorable Jefferson Moore, Judge Presiding

## O R D E R

The reporter's record was originally due April 2, 2016. We have granted the court reporter, Debra A. Doolittle, two extensions to file the reporter's record. On May 31, 2016, Doolittle filed a third motion for extension of time to file the reporter's record requesting additional time to file the reporter's record. We grant the request and order Debra A. Doolittle to file the reporter's record no later than July 5, 2016. Doolittle is advised that no further extensions of time will be granted absent a motion that (1) demonstrates extraordinary circumstances justifying further delay, (2) advises the court of the efforts she has expended in preparing the record, and (3) provides the court reasonable assurance that the record will be completed and filed by the requested extended deadline. The court does not generally consider a heavy work schedule to be an extraordinary circumstance.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of June, 2016.

_____
Keith E. Hottle
Clerk of Court